IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALLIE J. STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:10-CV-1019-WKW |
| | ) |
| BUREAUS INVESTMENT GROUP #1, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the motion for protective order and motion to stay discovery (Doc. # 153) and the motion to quash the subpoena and deposition notice as to Mark N. Chambless, Esq. (Doc. # 154), it is ORDERED that the motions are GRANTED without prejudice to refile. Discovery is temporarily stayed pending resolution of the motion to dismiss (Doc. # 140) and motion for leave to amend the complaint (Doc. # 142).

DONE this 28th day of April, 2014.

                                              /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE